**GERAWAN FARMING, INC.,**
**a California corporation,**
**Plaintiff–Appellant,**

v.

**REHRIG PACIFIC COMPANY,**
**a Delaware corporation,**
**Defendant–Appellee.**

Nos. 2014–1264, 2014–1290.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2014.

Jill M. Pietrini, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, CA, argued for the plaintiff-appellant. With her on the brief were James E. Curry and Michael Murphy.

Scott B. Lieberman, Slater Hersey & Lieberman LLP, of Irvine, CA, argued for defendant-appellee. With him on the brief were Mark K. Slater, Jonathan P. Hersey, and Neil J. Cooper.

## JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**